Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLP
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o ANDREAS
ECONOMOU UNIFRUTI OF AMERICA, INC.                2007Civ.

          Plaintiff,                                    **FED.R.CIV.P. 7.1**
                                                         **STATEMENT**
    - against -

MV AVILA STAR her engines, boilers, tackle, furniture,
apparel, etc., *in rem*; CSAV Sud Americana de Vapores
S.A. and American Transportation Group, *in personam*,

          Defendant.
-----------------------------------------------------------------------X

      NOW comes plaintiff, MUND & FESTER GMBH & CO.KG and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. MUND & FESTER GMBH & CO.KG not a publicly traded company.

Dated: New York, New York
      May 21, 2007

                                            Casey & Barnett, LLP
                                            Attorneys for Plaintiff

                                   By: _____
                                        Gregory G. Barnett (GGB-3751)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225