Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
ANDREAS ECONOMOU UNIFRUTI
                Plaintiff,

              2007 Civ. 3992

   - against -

MV AVILA STAR her engines, etc., *in rem*; CSAV    **NOTICE AND ORDER OF**
Sud Americana de Vapores S.A., and American    **DISCONTINUANCE**
Transportation Group, *in personam*,
                Defendants.
------------------------------------------------------------X

     **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       July 27, 2007
       260-47

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                    By: _____
                                Gregory G. Barnett (GGB-3751)
                                317 Madison Avenue, 21st Floor
                                New York, New York 10017
                                (212) 286-0225

**SO ORDERED:**

_____
**U.S.D.J.**