*Case Closed*

Gregory G. Barnett (GGB-3751)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o
ANDREAS ECONOMOU UNIFRUTI
              Plaintiff,

2007 Civ. 3992

- against -

MV AVILA STAR her engines, etc., *in rem*; CSAV
Sud Americana de Vapores S.A., and American
Transportation Group, *in personam*,
              Defendants.
-------------------------------------------------------X

**NOTICE AND ORDER OF DISCONTINUANCE**

    IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       July 27, 2007
       260-47

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

                By: _____
                            Gregory G. Barnett (GGB-3751)
                            317 Madison Avenue, 21st Floor
                            New York, New York 10017
                            (212) 286-0225

**SO ORDERED:**
_____
U.S.D.J.

11/9/07